1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant WILLIAMS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )    No. CR 06-00714 MJJ
11                                  )
                    Plaintiff,      )    STIPULATION AND [PROPOSED]
12                                  )    ORDER FOR CONTINUANCE AND
   v.                               )    EXCLUSION OF TIME
13                                  )
   ISSAIAH WILLIAMS,                )    Date:  August 17, 2007
14                                  )    Time:  2:30 p.m.
                    Defendant.      )    Court: Hon. Martin J. Jenkins
15 _____)           U. S. District Court

16
        This matter is currently on calendar for status on Friday, August 17, 2007 at 2:30 p.m. The
17
   parties jointly stipulate and request that the matter be continued to the new date of Friday,
18
   September 28, 2007 at 2:30 p.m. status or change of plea, and further request that the time between
19
   August 17 and September 28, 2007, be excluded from calculations under the Speedy Trial Act, 18
20
   U.S.C. §3161(h)(8)(A) and (B)(iv) for the following reasons. The defendants require additional
21
   time to review discovery and conduct research and investigation into the pending charges, and the
22
   parties are continuing to engage in discussions regarding the resolution of this matter.  In addition,
23
   counsel for defendant Williams will be out of the office from August 20, 2007 until September 4,
24
   2007, and thus unavailable during this period.
25
        For the foregoing reasons, the parties stipulate and agree that the ends of justice served by
26
   the continuance requested herein outweigh the best interests of the public and the defendants in a

                                          - 1 -

1  speedy trial because the failure to grant such a continuance would unreasonably deny defendants
2  adequate time to prepare, taking into account the exercise of due diligence.  The parties therefore
3  stipulate and agree that this period of time should be excluded under the Speedy Trial Act, 18
4  U.S.C. §3161(h)(8)(A) and (B)(iv).
5  SO STIPULATED.
6  Dated:       August 17, 2007                              /S/
7                                                                          _____
                                                                             HILARY A. FOX
                                                                             Assistant Federal Public Defender
8  SO STIPULATED.
9  Dated:       August  17, 2007                             /S/
10                                                                         _____
                                                                             CHINHAYI COLEMAN
11                                                                         Assistant United States Attorney

13                              SIGNATURE ATTESTATION
14      I hereby attest that I have on file all holograph signatures for any signatures indicated by
15  a "conformed" signature (/S/) within this e-filed document.

1                                         ORDER

2       Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, and that the failure to grant the requested continuance would deny defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

      Based on these findings, IT IS HEREBY ORDERED THAT the hearing that is currently scheduled for August 17, 2007, shall be continued to September 28, 2007, at 2:30 p.m. for status or change of plea, and that the time from August 17 through September 28, 2007, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated: 8/22, 2007

MARTIN J. JENKINS
United States District Court

- 3 -