```
GAIL SHIFMAN
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500

Attorney for Defendant
ISSAIAH WILLIAMS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-0714 DLJ |
| --- | --- | --- |
| | ) | CR-08-00905-DLJ RELATED CASES |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING HEARING |
| | ) | |
| ISSAIAH WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate as follows:

1. Defendant is currently scheduled to appear before this Court on May 22, 2009 for imposition of judgment and sentence.

2. Defendant filed a motion requesting a continuance of his sentencing hearing to allow for additional time to prepare and file Objections to the Pre-Sentence Report.

3. The Court has advised that the matter will be taken off calendar on May 22, 2009 and continued until June 5, 2009 at 10:00 a.m. for sentencing.

4. As a result, the parties stipulate and agree to vacate the sentencing date of May 22, 2009 and continue the sentencing hearing until June 5, 2009 at 10:00 a.m.

**IT IS SO STIPULATED.**

|  | JOSEPH RUSSONIELLO |
|---|---|
|  | UNITED STATES ATTORNEY |

/s/                                              /s/
_____          _____
GAIL SHIFMAN                                CHINHAYI COLEMAN
Attorney for Defendant            Assistant United States Attorney
Dated: May 21, 2009                  Dated: May 21, 2009


**IT IS SO ORDERED.**

Dated: May 22, 2009                  _____
                                                   HONORABLE LOWELL JENSEN
                                                   United States District Court Judge

2